## BLACK MOTOR CO. v. ISAACS.

Court of Appeals of Kentucky.

June 20, 1941.

Walter W. Reynolds for movant.

W. J. Stone, opposed.

PER CURIAM.

Motion for appeal and for cross-appeal denied; judgment affirmed.

## Edna P. GARDNER, Movant, v. Karl E. RAPP, Opposed.

Court of Appeals of Kentucky.

Sept. 23, 1941.

Edward C. O'Rear and J. R. White for movant.

Terry L. Hatchett, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## Lawrence KEATHLEY, Movant, v. C. A. PRESTON et al., Opposed.

Court of Appeals of Kentucky.

Sept. 26, 1941.

Combs & Combs for movant.

C. B. Wheeler, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.